IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>BRAD GEVESHAUSEN,<br><br>                Defendant. | **8:24-CR-144**<br><br>**AMENDED PRELIMINARY ORDER OF FORFEITURE** |

      This matter is before the Court upon the United States of America's Motion for Amended Preliminary Order of Forfeiture. Filing 64. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

      1.      On April 15, 2025, the Court held a change of plea hearing for Defendant and Defendant entered a plea of guilty to Count I and agreed to the Forfeiture Allegation in the Information Filing 51; Filing 57.

      2.      Count I of the Information charged the Defendant with violation of 21 U.S.C. § 841(a)(1) and (b)(1).

      3.      On May 9, 2025, the Court issued a Preliminary Order of Forfeiture forfeiting all the assets listed in the Indictment.

      4.      It was discovered after issuance of the Preliminary Order of Forfeiture that there was a clerical error in the serial number in the Indictment, Filing 1, for the Ruger .357 pistol.

      5.      The correct serial number is 34-47839 and not 34-47833 as listed in the Indictment.

      6.      The parties agree that the Plea Agreement, Filing 57, and forfeiture of the firearms remains in full force and effect.

7. By virtue of said plea of guilty, the Defendant has forfeited his interest in the firearms. Accordingly, the United States should be entitled to possession of said firearms pursuant to 21 U.S.C. § 853.

8. The Government's Motion for Amended Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Amended Preliminary Order of Forfeiture, Filing 64, is granted.

2. Based upon the Forfeiture Allegation of the Information and the plea of guilty, the Government is hereby authorized to seize the Ruger .357 pistol; one rifle; Glenfield 22 rifle; Remington 30-06 rifle; Savage Model 164 rifle; and one shotgun.

3. Defendant's interest in the firearms is hereby forfeited to the Government for disposition in accordance with the law.

4. The firearms are to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Amended Preliminary Order of Forfeiture, notice of publication evidencing the Government's intent to dispose of the subject property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the firearms, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the firearms and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the firearms as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 30th day of June, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge