IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>BRAD GEVENSHAUSEN,<br><br>                  Defendant. | **8:24-CR-144**<br><br>**FINAL ORDER OF FORFEITURE** |

      This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 80. Having reviewed the record in this case, the Court finds as follows:

      1. On May 9, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's interest in the Ruger .357 pistol; one rifle; Glenfield 22 rifle; Remington 30 06 rifle; Savage Model 164 rifle; and one shotgun. Filing 60.

      2. On June 30, 2025, the Court entered an Amended Preliminary Order of Forfeiture correcting the serial number for the Ruger .357 pistol to be 34-47839. Filing 65.

      3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 2, 2025, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). A Declaration of Publication was filed herein on September 3, 2025. Filing 79.

      4. The Government advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

5. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, [Filing 80](), is granted;

2. All right, title, and interest in and to the Ruger .357 pistol; one rifle; Glenfield 22 rifle; Remington 30 06 rifle; Savage Model 164 rifle; and one shotgun seized from the defendant on or about February 24, 2024, held by any person or entity are forever barred and foreclosed;

3. The Ruger .357 pistol; one rifle; Glenfield 22 rifle; Remington 30 06 rifle; Savage Model 164 rifle; and one shotgun are forfeited to the Government; and

4. The Government is directed to dispose of the Ruger .357 pistol; one rifle; Glenfield 22 rifle; Remington 30 06 rifle; Savage Model 164 rifle; and one shotgun in accordance with the law.

Dated this 11th day of September, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge